UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDERO ANTHONY MARTIN, | Case No. 1:26-cv-02823-JLT-CDB |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| KERN COUNTY, *et al.*, | (Doc. 2) |
| Defendants. | **21-DAY DEADLINE** |
| | <u>Clerk of the Court to Send AO 239 Form</u> |

Plaintiff Cordero Anthony Martin ("Plaintiff") initiated this action with the filing of a complaint on April 14, 2026. (Doc. 1). Plaintiff did not pay the filing fee and filed an application to proceed *in forma pauperis* ("IFP"). (Doc. 2).

However, the IFP application demonstrates that Plaintiff's income and resources could be above the poverty threshold and the information provided is insufficient for the Court to determine whether Plaintiff is entitled to proceed without prepayment of fees in this action.

*Remainder of This Page Intentionally Left Blank*

1

Accordingly, the Court orders Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward to Plaintiff Cordero Anthony Martin an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239; and

2. **Within 21 days** of service of this order, Plaintiff shall either:

   a. Pay the $405.00 filing fee for this action,

      *or*

   b. Complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239.

**Any failure by Plaintiff to timely comply with this order will result in a recommendation that the action be dismissed.**

IT IS SO ORDERED.

Dated:   **May 12, 2026**

_____
UNITED STATES MAGISTRATE JUDGE