UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDERO ANTHONY MARTIN, | Case No. 1:26-cv-02823-JLT-CDB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| KERN COUNTY, *et al.*, | (Docs. 2, 8) |
| Defendants. | |

Plaintiff Cordero Anthony Martin, proceeding pro se, initiated this action with the filing of a complaint on April 14, 2026. (Doc. 1). Plaintiff did not pay the filing fee and filed an application to proceed IFP. (Doc. 2). On May 12, 2026, the Court, finding that the information provided by Plaintiff in his application was insufficient to determine whether he is entitled to proceed without prepayment of fees, directed Plaintiff to file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)—AO 239. (Doc. 7).

Pending before the Court is Plaintiff's long form IFP application. (Doc. 8). The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such [person] possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a).

The Court has reviewed the Plaintiff's application and finds Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted. *See* 28 U.S.C. §

1

1915(a).

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court is authorized to conduct an initial review of all pro se complaints where the plaintiff proceeds IFP to determine whether the complaint is legally sufficient under the applicable pleading standards. *See Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) ("section 1915(e) applies to all in forma pauperis complaints, not just those filed by prisoners"). The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.

**<u>Conclusion and Order</u>**

Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (Docs. 2, 8) is GRANTED.

IT IS SO ORDERED.

Dated:   **May 22, 2026**   _____
                            UNITED STATES MAGISTRATE JUDGE